
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8561 | **DATE** | 11/26/2003 |
| **CASE TITLE** | Datren Williams vs. Bank One Corp., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing set for 1/21/04 at 9:00 A.M..
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Williams' counsel is ordered to file a statement addressing that subject (including citations of, but not argument as to, any relevant caselaw authorities) in this Court's chambers on or before December 8, 2003. Pretrial schedule on reverse of minute order.
(11) ■ [For further detail see order on the reverse side of the original minute order.] order attached to the original minute

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | DEC X 1 2003 | |
| | Notified counsel by telephone. | | date docketed | 2 |
| | Docketing to mail notices. | | 15 docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | 11/26/2003 | |
| | Copy to judge/magistrate judge. | 03 NOV 27 AM 12:40 | date mailed notice | |
| SN | courtroom deputy's initials | date/time received in central Clerk's Office | SN mailing deputy initials | |

## ORDER

This order is being entered shortly after the filing of the Complaint. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that process has been or is being served on such defendant.

There will be a status hearing--a "scheduling conference", as that term is used in attached Fed. R. Civ. P. ("Rule") 16(b), at 9:00 a.m. on January 21, 2004 (the "Status Hearing Date"). Counsel for plaintiff(s) and for each defendant that has been served with process or has appeared at least 28 days before that Status Hearing Date are ordered to meet not later than 14 days before the Status Hearing Date to comply with the provisions of attached Rule 26(f) and this District Court's LR 26.1, (also attached). Counsel for the parties are urged to undertake serious settlement efforts before the scheduled Status Hearing when no major investment in counsel's time (and clients' money) has yet taken place. If such efforts are unsuccessful, counsel should be prepared to attend the scheduled Status Hearing prepared to discuss briefly their proposed discovery plan and other subjects appropriate for inclusion in the scheduling order as referred to in Rule 16(b).

If any party is unrepresented by counsel, that party must comply with this order personally.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DATREN WILLIAMS, individually, )
et al., )
)
Plaintiffs, )
)
v. ) No. 03 C 8561
)
BANK ONE CORP., et al,. )
)
Defendants. )

MEMORANDUM ORDER

This action has just been assigned to this Court's calendar, and it is contemporaneously issuing its customary order that sets an initial status hearing date and sets out appropriate procedures to be followed before that date. In the interim, however, plaintiffs' counsel is ordered to file a brief statement explaining the predicate for a portion of the claims advanced in the Derivative Complaint.

According to Complaint ¶5, plaintiff Datren Williams ("Williams"), suing both individually and for the use and benefit of Ledelous Little, is a shareholder in Large Capital Growth Fund and Equity Index Fund. Complaint ¶20 describes One Group Funds as "a family of mutual funds" (both of the specifically named funds are part of the "family") and states that those constituent funds "are each separate entities and issuers for reporting purposes." Under those circumstances it would appear that Williams would have standing to bring a derivative action on

behalf of the two funds in which he holds stock,[1] but some explanation is needed as to the basis on which Williams can sue derivatively--as he purports to do--"on behalf of...the One Group Investment Trust and each of the One Group Funds."

Accordingly, Williams' counsel is ordered to file a statement addressing that subject (including citations of, but not argument as to, any relevant caselaw authorities) in this Court's chambers on or before December 8, 2003. In addition, counsel is ordered to transmit a copy of that statement to each defendant in the same manner that service of process has been or is being obtained on such defendants.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 26, 2003

---

[1] No view is expressed here, of course, as to whether the conditions for Williams' bringing of such a derivative action have been satisfied. That and all other substantive questions remain for future consideration when all parties are in the case.